IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID CURTIS SMITH,

   Appellant,

v.             Case No.  5D22-399
              LT Case No. 2001-CF-002226

STATE OF FLORIDA,

    Appellee.
_____/

Decision filed February 22, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Susanne K. Sichta, of The Sichta Firm,
LLC, Jacksonville, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

  AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.